ACCEPTED
06-15-00082-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
6/5/2015 12:15:34 PM
DEBBIE AUTREY
CLERK

Appellate Docket Number: 06-15-00082

Appellate Case Style: Style: Fred Douglas Moore, Jr.

Vs. State of Texas

Companion Case:

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
6/5/2015 12:15:34 PM
DEBBIE AUTREY
Clerk

Amended/corrected statement: ☐

## DOCKETING STATEMENT (Criminal)

Appellate Court: 6th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

| I. Appellant | II. Appellant Attorney(s) |
|---|---|
| First Name: Fred | ☒ Lead Attorney |
| Middle Name: Douglas | First Name: Jessica |
| Last Name: Moorw | Middle Name: Layne |
| Suffix: Jr. | Last Name: Edwards |
| Appellant Incarcerated? ☒ Yes ☐ No | Suffix: |
| Amount of Bond: | ☒ Appointed ☐ District/County Attorney |
| Pro Se: ◯ | ☐ Retained ☐ Public Defender |
| | Firm Name: |
| | Address 1: PO Box 9318 |
| | Address 2: |
| | City: Greenville |
| | State: Texas Zip+4: 75404 |
| | Telephone: 903.513.0150 ext. |
| | Fax: 903.200.1359 |
| | Email: jessicaedwardslaw@gmail.com |
| | SBN: 24000994 |
| | Add Another Appellant/ Attorney |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|

**III. Appellee**

First Name: State of Texas

Middle Name:

Last Name:

Suffix:

Appellee Incarcerated?  ☐ Yes  ☒ No

Amount of Bond:

Pro Se: ◯

**IV. Appellee Attorney(s)**

☒ Lead Attorney

First Name: Jeff

Middle Name:

Last Name: Kovach

Suffix:

☐ Appointed  ☒ District/County Attorney
☐ Retained  ☐ Public Defender

Firm Name: Hunt County District Attorney

Address 1: 2507 Lee Street, 4th Floor

Address 2:

City: Greenville

State: Texas  Zip+4: 75401

Telephone: 903.408.4180  ext.

Fax:

Email:

SBN:

Add Another Appellee/ Attorney

## V. Perfection Of Appeal, Judgment And Sentencing

Nature of Case (Subject matter or type of case): Robbery

Type of Judgment: Jury Trial

Date trial court imposed or suspended sentence in open court or date trial court entered appealable order: April 22, 2014

Offense charged: Robbery

Date of offense: March 14, 2014

Defendant's plea: Not Guilty

If guilty, does defendant have the trial court's certificate to appeal?

☒ Yes  ☐ No

Was the trial by: ☒ jury or ☐ non-jury?

Date notice of appeal filed in trial court: April 22, 2015

If mailed to the trial court clerk, also give the date mailed :

Punishment assessed: 12 years TDC

Is the appeal from a pre-trial order?  ☐ Yes  ☒ No

Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance?

☐ Yes  ☒ No

## VI. Actions Extending Time To Perfect Appeal

Motion for New Trial:  ☐ Yes  ☒ No  If yes, date filed:

Motion in Arrest of Judgment: ☐ Yes  ☒ No  If yes, date filed:

Other:  ☐ Yes  ☒ No  If yes, date filed:

If other, please specify:

## VII. Indigency Of Party: (Attach file-stamped copy of motion and affidavit)

Motion and affidavit filed:  ☒ Yes  ☐ No  ☐ NA  If yes, date filed: April 22, 2015

Date of hearing: April 22, 2015  ☐ NA

Date of order: April 22, 2015  ☐ NA

Ruling on motion: ☒ Granted  ☐ Denied  ☐ NA  If granted or denied, date of ruling: April 22, 2015

## VIII. Trial Court And Record

Court: 196th DistrictnCourt

County: Hunt

Trial Court Docket Number (Cause no): 29,762

Trial Court Judge (who tried or disposed of the case):

First Name: J.

Middle Name: Andrew

Last Name: Bench

Suffix:

Address 1: 2507 Lee Street, Third Floor

Address 2:

City: Greenville

State: Texas    Zip + 4: 75401

Telephone: 903.405.4190    ext.

Fax:

Email:

Clerk's Record:

Trial Court Clerk:  ☒ District   ☐ County

Was clerk's record requested?  ☒ Yes  ☐ No

If yes, date requested: April 22, 2015

If no, date it will be requested:

Were payment arrangements made with clerk?

☐ Yes  ☐ No  ☒ Indigent

---

Reporter's or Recorder's Record:

Is there a reporter's record?  ☒ Yes  ☐ No

Was reporter's record requested?  ☒ Yes  ☐ No

Was the reporter's record electronically recorded?  ☒ Yes  ☐ No

If yes, date requested: Apr 28, 2015

Were payment arrangements made with the court reporter/court recorder?    ☐ Yes  ☐ No  ☒ Indigent

---

☒ Court Reporter          ☐ Court Recorder
☐ Official                ☐ Substitute

First Name: Edwin

Middle Name:

Last Name: Walker

Suffix:

Address 1: 2507 Lee Street, Third Floor

Address 2:

City: Greenville

State: Texas    Zip + 4: 75401

Telephone: 903.408.4190    ext.

Fax:

Email:

## 1X. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number:                                      Court:

Style:

      Vs.    State of Texas

## X. Signature

_____

Signature of counsel (or Pro Se  Party)            Date:  June 3, 2015

_____

Printed Name:                             State Bar No: 24000994

Electronic Signature:  /s/ Jessica Edwards        Name:  Jessica Edwards
      (Optional)

## XI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on June 5, 2015 .

_____

Signature of counsel (or pro se party)      Electronic  Signature: /s/ Jessica Edwards
                                   (Optional)

                         State Bar No.:   24000994

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

                (1) the date and manner of service;

                (2) the name and address of each person served, and

                (3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: June 5, 2015

Manner Served: Email

First Name: Jeff

Middle Name:

Last Name: Kovach

Suffix:

Law Firm Name: Hunt County District Attorney

Address 1: 2507 Lee Street, Fourth Floor

Address 2:

City: Greenville

State Texas          Zip+4: 75401

Telephone: 903.408.4180     ext.

Fax:

Email: